**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Baltimore Division

| | |
|---|---|
| **TIMOTHY MILLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No: 1:14-cv-02440-JFM |
| ) | |
| **UNITED COLLECTION BUREAU, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff and Defendant United Collection Bureau, Inc. ("UCB"), by counsel, hereby submit notice to the Court that the matters at issue between them in the present action, which concern the claims set forth in Plaintiff's Complaint have been compromised, agreed, and settled. The parties are in the process of reducing their agreement to writing. Upon finalization and execution of the settlement documents, the parties will submit a Stipulation of Dismissal for entry by the Court.

**UNITED COLLECTION BUREAU, INC.**

By: /s/ Billy B. Ruhling, II_____
Of Counsel

23442674v1

Billy B. Ruhling, II
U.S. District Court, D. Md. Bar No. 17827
S. Mohsin Reza
U.S. District Court, D. Md. Bar No. 19015
Troutman Sanders LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA  22182
Telephone:  (703) 734-4325
Facsimile:   (703) 734-4340
bill.ruhling@troutmansanders.com
mohsin.reza@troutmansanders.com
*Counsel for Defendant*

Bernard T. Kennedy
U.S. District Court, D. Md. Bar No. 26843
The Kennedy Law Firm
163 Mitchells Chance Road, #244
Edgewater, MD 21037
Telephone: (443) 607-8901
Facsimile: (443) 440-6372
bernardtkennedy@yahoo.com
*Counsel for Plaintiff*

23442674v1

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 24th day of September, 2014, a true copy of the foregoing was filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all registered counsel listed below:

Bernard T. Kennedy
The Kennedy Law Firm
163 Mitchells Chance Road #244
Edgewater, MD 21037
Tel: 443-607-8901
Fax: 443-440-6372
Email: bernardtkennedy@yahoo.com

/s/ Billy B. Ruhling, II
Billy B. Ruhling, II
U.S. District Court, D. Md. Bar No. 17827
S. Mohsin Reza
U.S. District Court, D. Md. Bar No. 19015
Troutman Sanders LLP
1850 Towers Crescent Plaza, Suite 500
Tysons Corner, VA  22182
Telephone:  (703) 734-4325
Facsimile:   (703) 734-4340
bill.ruhling@troutmansanders.com
mohsin.reza@troutmansanders.com

*Counsel for Defendant*

23442674v1